# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cobb, William G. | U.S. District Court, District of Nevada | 03/23/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Thompson Federal Courthouse
400 South Virginia Street
Suite 405
Reno, NV 89501

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 (no reportable assets) |
| 2. | Member | Arroyo Street Partners |
| 3. | Trustee | Trust #2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1974 | Erickson, Thorpe & Swainston, Ltd. Profit Sharing Plan (resigned as trustee 9.2.11; continue as beneficiary of the Plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/23/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/23/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Trust #2, Brokerage Account (H) | | | | | | | | | |
| 2.  -Morgan Stanley Snith Barney Active Asset Account | A | Int./Div. | K | T | | | | | |
| 3.  -Gannett Co. Inc, common stock | A | Dividend | J | T | | | | | |
| 4.  -Tegna Inc., common stock | A | Dividend | J | T | | | | | |
| 5.  - Cars Com, Inc. | A | Dividend | J | T | | | | | |
| 6.  Arroyo Street Building, Reno, Nv. (rental partnership) | E | Rent | L | U | | | | | |
| 7.  IRA # 4 (H) | | | | | | | | | |
| 8.  - Causeway Emerging Mkts Instl | A | Int./Div. | | | Buy (add'l) | 03/26/20 | J | | |
| 9. | | | | | Sold | 05/22/20 | J | A | |
| 10.  -Delaware Value Instl | A | Int./Div. | | | Buy (add'l) | 03/12/20 | J | | |
| 11. | | | | | Sold | 05/22/20 | J | A | |
| 12.  -Harding Loevner Intl Equity Port | A | Int./Div. | | | Sold | 05/22/20 | J | A | |
| 13.  -Lazard Intl Strat Eq PTF Inst | A | Int./Div. | J | T | Buy (add'l) | 05/26/20 | J | | |
| 14. | | | | | Buy (add'l) | 05/22/20 | J | | |
| 15.  -GOG Partners Emerging Markets EQ Ins | A | Int./Div. | | | Buy (add'l) | 03/26/20 | J | | |
| 16. | | | | | Sold | 05/22/20 | J | A | |
| 17.  -Lyrical US Value Equity Instl | A | Int./Div. | | | Buy (add'l) | 03/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cobb, William G.** | 03/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 05/22/20 | J | A | |
| 19. -Edgewood Growth Instl | A | Int./Div. | J | T | Buy (add'l) | 03/26/20 | J | | |
| 20. | | | | | Sold (part) | 05/22/20 | J | A | |
| 21. -Nuance Mid Cap Value Instl | A | Int./Div. | J | T | Buy (add'l) | 03/24/20 | J | | |
| 22. | | | | | Buy (add'l) | 05/22/20 | J | | |
| 23. -Matthews Asian Japan Inc | A | Int./Div. | | | Sold (part) | 03/24/20 | J | A | |
| 24. | | | | | Sold | 05/22/20 | J | A | |
| 25. -Hartford Midcap I | A | Int./Div. | | | Buy (add'l) | 03/26/20 | J | | |
| 26. | | | | | Buy (add'l) | 05/22/20 | J | | |
| 27. | | | | | Sold | 08/28/20 | J | A | |
| 28. -Neuberger Intrinsic Value Instl | A | Int./Div. | J | T | Buy (add'l) | 03/12/20 | J | | |
| 29. | | | | | Sold (part) | 05/22/20 | J | A | |
| 30. -Metropolitan West Tot Ret BD I | A | Int./Div. | J | T | Buy (add'l) | 03/26/20 | J | | |
| 31. | | | | | Buy (add'l) | 05/22/20 | J | | |
| 32. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 33. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 34. -Blackrock Low Dur BD Inv Inst | A | Int./Div. | | | Sold | 02/04/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Blackrock Inflat Prot Bond I | A | Int./Div. | | | Sold (part) | 03/24/20 | J | A | |
| 36. | | | | | Sold | 04/13/20 | J | A | |
| 37. -Loomis Growth | A | Dividend | J | T | Buy (add'l) | 03/26/20 | J | | |
| 38. | | | | | Sold (part) | 05/22/20 | J | A | |
| 39. -JP Morgan Value Advantage | A | Dividend | J | T | Buy (add'l) | 03/26/20 | J | | |
| 40. | | | | | Buy (add'l) | 05/22/20 | J | | |
| 41. -Hartford Sm Cap Grwth | A | Dividend | | | Buy (add'l) | 03/26/20 | J | | |
| 42. | | | | | Sold (part) | 05/22/20 | J | A | |
| 43. | | | | | Sold | 08/28/20 | J | A | |
| 44. -Pear Tree Polaris FGNVLE | A | Dividend | J | T | Buy (add'l) | 03/12/20 | J | | |
| 45. | | | | | Sold (part) | 05/22/20 | J | A | |
| 46. -Pimco Short Term I2 | A | Dividend | J | T | Sold (part) | 03/24/20 | J | A | |
| 47. | | | | | Sold (part) | 04/13/20 | J | A | |
| 48. | | | | | Buy (add'l) | 05/22/20 | J | | |
| 49. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 50. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 51. -Pimco Long Term Credit BD 12 | A | Dividend | | | Sold | 03/16/20 | J | A | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Pimco Low Duration | A | Dividend | J | T | Buy | 02/04/20 | J | | |
| 53. | | | | | Sold<br>(part) | 03/24/20 | J | A | |
| 54. | | | | | Buy<br>(add'l) | 05/22/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 57.   -Western Asset Core Plus BDI | A | Dividend | J | T | Buy<br>(add'l) | 03/26/20 | J | | |
| 58. | | | | | Buy<br>(add'l) | 05/22/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 60. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 61.   -EV Income Fund of Boston | A | Dividend | J | T | Buy | 04/13/20 | J | | |
| 62. | | | | | Buy<br>(add'l) | 05/22/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 65.   -PGIM High Yield Z | A | Dividend | J | T | Buy | 04/13/20 | J | | |
| 66. | | | | | Buy<br>(add'l) | 05/22/20 | J | | |
| 67. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 68. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  -Hrtford Dividend and Growth | A | Dividend | J | T | Buy | 05/22/20 | J | | |
| 70. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 71.  -BNY Mellon Intl Stk | A | Dividend | J | T | Buy | 05/22/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 73.  -Hartford Schroeder Emerging Mkts | A | Dividend | J | T | Buy | 05/22/20 | J | | |
| 74.  -Artisan Developing Worls | A | Dividend | J | T | Buy | 05/22/20 | J | | |
| 75.  -Virtus KAR Sm Cap Val I | A | Dividend | J | T | Buy | 05/22/20 | J | | |
| 76.  -DF Dent Mid Cap Growth | A | Dividend | J | T | Buy | 08/28/20 | J | | |
| 77.  -Clearbridge Sm Cap | A | Dividend | J | T | Buy | 08/28/20 | J | | |
| 78.  IRA #2 (H) | | | | | | | | | |
| 79.  - Cash, Morgan Stanley Private bank | A | Dividend | J | T | | | | | |
| 80.  -Accenture PLC, Ireland CLA, common<br>stock | A | Dividend | K | T | | | | | |
| 81.  -Coca Cola Co., common stock | A | Dividend | J | T | | | | | |
| 82.  -Microsoft Corp., common stock | A | Dividend | K | T | | | | | |
| 83.  -United Parcel Service, common stock | A | Dividend | J | T | | | | | |
| 84.  -Salesforce.com, Inc, common stock | A | Dividend | J | T | | | | | |
| 85.  John Hancock Protection Universal Life<br>Insurance Policy | D | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Erickson Thorpe & Swainston Profit Sharing Plan | D | Int./Div. | L | T | Distributed (part) | 01/15/20 | L | | |
| 87. | | | | | Distributed (part) | 07/12/20 | O | | |
| 88. IRA # 5 (H) | | | | | | | | | |
| 89. -Cash, USAA Money Market | A | Int./Div. | | | Distributed | 02/24/20 | K | | |
| 90. -Cash, Schwab Govt Monry Fd | A | Int./Div. | J | T | Buy | 04/24/20 | J | | |
| 91. -American Beacon Intl Equity Y Class | A | Dividend | J | T | Sold (part) | 02/26/20 | J | A | |
| 92. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 93. -Harding Loevner Instl Equity Port Instl | A | Dividend | J | T | Sold (part) | 02/26/20 | J | A | |
| 94. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 95. | | | | | Sold (part) | 11/18/20 | J | A | |
| 96. -Hartford Schroder Emerging Mkts Equity CL1 | A | Dividend | J | T | Sold (part) | 12/26/20 | J | A | |
| 97. | | | | | Buy (add'l) | 11/18/20 | J | | |
| 98. -USAA Managed Allocation Fd Retail | A | Dividend | J | T | Sold (part) | 02/26/20 | J | A | |
| 99. | | | | | Sold (part) | 11/18/20 | J | A | |
| 100. -Baird Core Plus Bond Institutional | A | Dividend | K | T | Buy (add'l) | 01/22/20 | J | | |
| 101. | | | | | Sold (part) | 02/26/20 | J | A | |
| 102. | | | | | Buy (add'l) | 07/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 11/18/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 105. -TCW Emerging Mkts Income Fd | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | A | |
| 106. | | | | | Buy<br>(add'l) | 11/18/20 | J | | |
| 107. -USAA High Income Fund Instl | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | A | |
| 108. | | | | | Buy<br>(add'l) | 11/18/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 110. -USAA Income Fund Instl | A | Dividend | K | T | Buy<br>(add'l) | 01/22/20 | J | | |
| 111. | | | | | Sold<br>(part) | 02/26/20 | J | A | |
| 112. | | | | | Buy<br>(add'l) | 11/18/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 114. -USAA Short Term Bond Fd Instl | A | Dividend | K | T | Buy<br>(add'l) | 01/22/20 | J | | |
| 115. | | | | | Sold<br>(part) | 02/26/20 | J | A | |
| 116. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 117. -AQR Style Premia Alternative fD Cl R6 | A | Dividend | J | T | Buy<br>(add'l) | 01/22/20 | J | | |
| 118. | | | | | Sold<br>(part) | 02/26/20 | J | A | |
| 119. | | | | | Sold<br>(part) | 11/18/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -AQR Small Cap Multi Style FD Cl R6 | A | Dividend | | | Sold<br>(part) | 01/22/20 | J | A | |
| 121. | | | | | Sold<br>(part) | 07/22/20 | J | A | |
| 122. | | | | | Sold<br>(part) | 10/20/20 | J | A | |
| 123. | | | | | Sold | 11/18/20 | J | A | |
| 124.  -American Beacon AHL Mngd Futurs Strt Inst | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | A | |
| 125. | | | | | Sold<br>(part) | 11/18/20 | J | A | |
| 126.  -Victory Sycamore Established Value I | A | Dividend | J | T | Sold<br>(part) | 01/22/20 | J | A | |
| 127. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 128. | | | | | Sold<br>(part) | 06/26/20 | J | A | |
| 129. | | | | | Sold<br>(part) | 07/22/20 | J | A | |
| 130. | | | | | Sold<br>(part) | 11/18/20 | J | A | |
| 131.  -Vanguard Growth & Income | A | Dividend | L | T | Sold<br>(part) | 01/22/20 | J | A | |
| 132. | | | | | Sold<br>(part) | 02/26/20 | J | A | |
| 133. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 134. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 135. | | | | | Sold<br>(part) | 10/21/20 | J | B | |
| 136. | | | | | Sold<br>(part) | 11/18/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Goldman Sachs Sm Cap Insights | A | Dividend | | | Sold (part) | 02/26/20 | J | A | |
| 138. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 139. | | | | | Sold (part) | 11/18/20 | J | A | |
| 140. | | | | | Sold | 11/19/20 | J | A | |
| 141. - Pimco RAE Emerging Markets | A | Dividend | J | T | Sold (part) | 02/26/20 | J | A | |
| 142. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 143. | | | | | Sold (part) | 09/18/20 | J | A | |
| 144. | | | | | Buy (add'l) | 11/18/20 | J | | |
| 145. -USAA Intermediate Bond Fund | A | Dividend | J | T | Sold (part) | 02/26/20 | J | A | |
| 146. | | | | | Buy (add'l) | 11/18/20 | J | | |
| 147. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 148. - Delaware Emerging Markets | A | Dividend | J | T | Buy | 09/08/20 | J | | |
| 149. | | | | | Sold (part) | 11/18/20 | J | A | |
| 150. -Blackrock Advantage Small Cap | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 151. | | | | | Sold (part) | 11/18/20 | J | A | |
| 152. -T Rower Price US Equity | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 153. | | | | | Buy (add'l) | 10/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 11/18/20 | J | A | |
| 155.  -Artisan International | A | Dividend | J | T | Buy | 11/18/20 | J | | |
| 156. | | | | | Buy<br>(add'l) | 11/19/20 | J | | |
| 157.  -Cohen & Steers Real Estate | A | Dividend | J | T | Buy | 11/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/23/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 1  This trust was not created by the filer. No income was received from the trust by the filer.  The filer has no beneficial interest in the Trust. Therefore, no reporting of the assets in the trust is required.

Part VII., Line 37
Erickson, Thorpe, Swainston Ltd. Profit Sharing Plan,- These assets are managed by the trustees of the profit sharing plan.  Judge Cobb is no longer a trustee (as of September 2, 2011) and has no control over investment descisions.  As a result of Judge Cobb no longer being a trustee of the plan and having no control over investment descisions, the assets of this plan have not been reported individually.

Part VI, Lines 1 1nd 2

Line1, Marriott Vacation Club and Line2, Chase card Services have been deleted in 2020 report because the liability has been paid off (Marriott Vacation Club) or the balance as of 12/31/2020 is below the amount required for reporting.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William G. Cobb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544